UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

LUIS ADOLFO VILLA,

          Plaintiff,

   v.

GISELLE MATTESON,

          Defendant.

Case No. 20-cv-05611-LB

**ORDER TO SHOW CAUSE**

Re: ECF No. 1

**INTRODUCTION**

    Luis Adolfo Villa, an inmate at the California State Prison in Vacaville, filed this action seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] His petition is now before the court for review pursuant to 28 U.S.C. § 2243 and Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. This order requires the respondent to respond to the petition.

---

[1] Pet. – ECF No. 1. Citations refer to material in the Electronic Case File ("ECF"); pinpoint citations are to the ECF-generated page numbers at the top of documents.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

## STATEMENT

Following his involvement in a stabbing that killed an individual, a jury in San Mateo County Superior Court convicted Mr. Villa of second-degree murder with certain enhancements based on his age, the use of a knife, and his prior conviction.[2] The court sentenced him to 36 years to life in prison.[3]

Mr. Villa appealed his conviction, the California Court of Appeal affirmed, and the California Supreme Court denied his petition for review.[4]

## ANALYSIS

This court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a); *Rose v. Hodges*, 423 U.S. 19, 21 (1975). A district court considering an application for a writ of habeas corpus shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243.

Mr. Villa alleges that the state court proceedings violated his rights under the Sixth and Fourteenth Amendments.[5] Upon review of his petition, the court cannot say that his claims are patently without merit. The respondents must respond to those claims.

## CONCLUSION

For the foregoing reasons,

1.  The petition warrants a response.

---

[2] Pet. – ECF No. 1 at 8–9 (¶¶ 2–3).

[3] *Id.* at 9 (¶ 4).

[4] *Id.* (¶¶ 5–6). The California Court of Appeal affirmed the trial court's judgment but reversed the findings relating to the prior-conviction allegations. *Id.* (¶ 5). The trial court also later struck certain enhancements. *Id.* (¶ 7).

[5] *Id.* at 27 (¶¶ 10–13).

2.   The clerk must serve by mail a copy of this order and the petition upon the respondent and the respondent's attorney, the Attorney General of the State of California and include a copy of the "consent or declination to magistrate judge jurisdiction" form.

3.   The clerk must electronically serve a copy of this order upon the respondent and the respondent's attorney, the Attorney General of the State of California, at the following email address: SFAWTParalegals@doj.ca.gov. The petition and any exhibits thereto are available via the Electronic Case Filing (ECF) system for the Northern District of California.

5.   The respondent must file and serve upon the petitioner, on or before **October 16, 2020,** an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. The respondent must file with the answer a copy of all portions of the court proceedings that have been previously transcribed and that are relevant to a determination of the issues presented by the petitioner.

6.   If the petitioner wishes to respond to the answer, he must do so by filing a traverse with the court and serving it on the respondent on or before **November 16, 2020.**


**IT IS SO ORDERED.**

Dated: August 17, 2020

_____

LAUREL BEELER
United States Magistrate Judge

United States District Court
Northern District of California